(No. 11954.—Reversed and remanded.)

THE INLET SWAMP DRAINAGE DISTRICT, Appellee, *vs.* HENRY F. GEHANT *et al.* Appellants.

*Opinion filed October 21, 1918.*

This case is controlled by the decision in *Inlet Swamp Drainage District* v. *Gehant,* (*ante,* p. 180.)

APPEAL from the County Court of Lee county; the Hon. JOHN B. CRABTREE, Judge, presiding.

CLYDE SMITH, for appellants.

HENRY S. DIXON, GEORGE C. DIXON, RAY T. LUNEY, and GROVER W. GEHANT, for appellee.

Per CURIAM: The record in this case is the same and presents the same questions presented and decided in the appeal of Laurant Gehant in *Inlet Swamp Drainage District* v. *Gehant,* (*ante,* p. 180.) For the reasons given in the opinion of the court in that case the judgment in this case is reversed and the cause remanded.

*Reversed and remanded.*